Paul NAGY, Plaintiff—Appellant,

v.

A.F. BEELER, Warden, FMC Butner; Bryan Herbel, Staff Psychiatrist, FMC Butner; Robert Cochran, Staff Psychologist, FMC Butner; Ms. Calhoun, Registered Nurse, FMC Butner; Dr. Walasin, Physician, FMC Butner, Defendants—Appellees.

No. 05–6038.

United States Court of Appeals, Fourth Circuit.

Submitted March 11, 2005.

Decided March 25, 2005.

Paul Nagy, Appellant pro se.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Nagy appeals the district court's

---

that Vefonge's asylum application was untimely filed and to review the denial of her request for voluntary departure.

order denying relief on his *Bivens* * action under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Nagy v. Beeler,* No. CA–04–617–5–FL (E.D.N.C. filed Nov. 29, 2004; entered Dec. 9, 2004). We deny as moot the motion to expedite consideration of this appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion to appoint a special investigator is denied.

*DISMISSED*

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).